## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

David Krupa
                          Plaintiff,

v.                                         Case No.: 1:19–cv–00543
                                                          Honorable Thomas M. Durkin

Marty Quinn, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney [25] is granted; Attorney Carson Reid Griffis terminated. No appearance is required on 6/11/2019.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.