IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRUPA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-00543 ) |
| MARTY QUINN, MICHAEL J. MADIGAN, CITIZENS FOR MARTY QUINN, and 13th WARD DEMOCRATIC ORGANIZATION, | ) Honorable Steven C. Seeger ) ) ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

Defendants Marty Quinn, Michael J. Madigan, Citizens for Marty Quinn and 13th Ward Democratic Organization (collectively "Defendants"), by and through their attorneys, Hinshaw & Culbertson LLP, and Plaintiff, by and through his attorney, Anthony J. Peraica, pursuant to this Court's order entered on April 24, 2020 (Dkt. 48), submit the following joint status report:

**a)** *Progress Of Discovery*

No discovery has been conducted. Pursuant to this Court's order on October 28, 2019, discovery is currently stayed pending resolution of Defendants' motion to dismiss. (Dkt. 34).

**b)** *Status Of Briefing On Any Unresolved Motions*

Defendants filed a joint motion to dismiss on March 29, 2019. (Dkt. 13). The motion is fully briefed. The joint motion to dismiss argues that Plaintiff fails to adequately allege any federal claims, primarily because he does not allege any Defendant deprived him of any constitutional or federal right, does not allege any personal involvement by any Defendant, and does not allege any conduct by any Defendant that amounts to state action, as opposed to private political conduct not actionable under 42 U.S.C. § 1983.

On October 28, 2019, the Court sua sponte raised the political question doctrine and ordered briefing on the issue. (Dkt. 34). Defendants filed a memorandum addressing the applicability of the political question doctrine on December 2, 2019. (Dkt. 41). Plaintiff responded on December 18, 2019. (Dkt. 42). Defendants replied on January 15, 2020. (Dkt. 44).

Defendants' motion to dismiss remains pending before the Court.

c) **Settlement Efforts**

No settlement discussions have occurred yet and Plaintiff has not made a demand.

d) **Proposed Schedule For The Next 45 Days**

The parties propose no schedule until the Court has the opportunity to rule on the pending motion to dismiss.

e) **Proposed Revised Discovery And Dispositive Motion Schedule**

There is no discovery order or motion schedule requiring modification.

f) **Any Agreed Action That The Court Can Take Without A Hearing**

None.

g) **Whether a telephonic hearing is necessary**

At this time, the parties agree that a telephonic hearing is not necessary.

Respectfully submitted,

Counsel for Plaintiff

Anthony J. Peraica (lead attorney)
Stephen F. Boulton
Anthony J. Peraica & Associates
5130 South Archer Avenue
Chicago, Illinois 60632
(773)735-1700
peraicalaw@aol.com
SBoulton@peraica.com

<u>All Defendants – Marty Quinn, Michael J. Madigan, Citizens for Marty Quinn & 13th Ward Democratic Organization</u>

Adam Robert Vaught (lead attorney)
Vincent Michael Rizzo
Lari Ann Dierks
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
avaught@hinshawlaw.com
vrizzo@hinshawlaw.com
ldierks@hinshawlaw.com

1018725\305712615.v2

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing was filed electronically on May 15, 2020 using the Court's CMF/ECF system, which will accomplish service electronically on all counsel of record.

*/s/ Vincent M. Rizzo*
